Ellsworth SWENSON, Appellant,

v.

Caspar W. WEINBERGER, Secretary of Health, Education and Welfare, Appellee.

No. 75–1739.

United States Court of Appeals, Eighth Circuit.

Submitted March 15, 1976.

Decided March 26, 1976.

Keith B. Davis, Plymouth Village, Minn., for appellant.

Robert G. Renner, U.S. Atty., and Daniel M. Scott, Asst. U.S. Atty., Minneapolis, Minn., for appellee.

Before HEANEY, BRIGHT and ROSS, Circuit Judges.

ORDER OF AFFIRMANCE

This matter comes before the Court pursuant to Rule 6.

After a careful review of the record and the transcript, this Court determines that the judgment of the District Court, 412 F.Supp. 518, is based on findings of fact which are not clearly erroneous, that no error of law appears, and that an opinion would have no precedential value. The judgment of the District Court is affirmed for the reasons set forth in that opinion.

Gale E. WAGNER, Appellant,

v.

William E. SIMON, Secretary, Treasury of the United States, et al., Appellees.

No. 75–1693.

United States Court of Appeals, Eighth Circuit.

Submitted March 12, 1976.

Decided April 29, 1976.

Arthur A. Benson, II, Kansas City, Mo., for appellant.

Mark N. Mutterperl, Appellate Section, Civ. Div., Dept. of Justice, Washington, D. C., for appellee; Rex E. Lee, Asst. Atty. Gen., Washington, D. C., and Bert C. Hurn, U. S. Atty., Kansas City, Mo., on the briefs.

Before VOGEL and VAN OOSTERHOUT, Senior Circuit Judges, and BRIGHT, Circuit Judge.

VOGEL, Senior Circuit Judge.

Appellant appeals from an adverse decision in a declaratory judgment action brought in the District Court for the Western District of Missouri, Judge Collinson presiding. Appellant had sought a determination of whether his photographic reproduction of a Federal Reserve Note for artistic purposes falls within the prohibitive scope of 18 U.S.C. § 474 (1970) of the Counterfeiting and Forgery Statute, and whether, if so, the statute infringes upon his First Amendment right to free expression.

We have carefully reviewed the record, briefs and arguments of counsel and we affirm the judgment of the District Court on the basis of its comprehensive opinion as published in 412 F.Supp. 426. *Wagner v. Simon et al.* (W.D.Mo.1974).

Affirmed.